IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| REGINA ANN JOHNSON,<br><br>   Plaintiff,<br><br>vs.<br><br>BE & K CONSTRUCTION COMPANY, LLC and ARCHER DANIELS MIDLAND COMPANY,<br><br>   Defendants. | NO.<br><br>NOTICE OF REMOVAL OF A CIVIL ACTION PURSUANT TO 28 U.S.C. §1441(a), §1441(b), §1443 and 28 U.S.C. §1446(b) |

To:   THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

**PLEASE TAKE NOTICE** that Defendant, BE & K Construction Company, LLC, by way of Notice of Removal of Civil Action pursuant to 28 U.S.C. §1441(a), §1441(b), §1443 and §1446(b), hereby remove the above-entitled action from the Iowa District Court in and for Clinton County to the United States District Court for the Southern District, Davenport Division, and respectfully state:

1.   On October 20, 2008, Plaintiff, Regina Ann Johnson, filed a Petition commencing an action styled <u>Regina Ann Johnson v. BE & K Construction Company LLC and Archer Daniels Midland Company,</u> Case No. LA 35319, in the Iowa District Court for Clinton County.  A true copy of the Petition at Law is attached hereto as "Exhibit A."

2.   This civil action is properly removable to the United States District Court for the Southern District of Iowa by virtue of the facts enumerated below.

3.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332(a)(1), which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(a) and §1446(b) in that it is a civil action between citizens

of different states and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

4   Plaintiff, Regina Ann Johnson, is a citizen of the state of Iowa.  See Plaintiff's Civil Rights Complaint Form, "Exhibit B."  Defendant, BE & K Construction Company LLC is a Delaware Limited Liability Company with its principal place of business in Birmingham, Alabama.  See Application for Certificate of Authority, "Exhibit C."  Defendant, Archer Daniels Midland Company is a Delaware Corporation with its principal place of business in Decatur, Illinois.  See Iowa 2008 Biennial Report for a Foreign Corporation, "Exhibit D."   See 28 U.S.C. §1332(c)(1).

5.   The matter in controversy here exceeds the sum or value of $75,000.00 exclusive of interest and costs because Plaintiff has alleged race discrimination and retaliation in an employment claim where she claims lost wages, benefits and emotional distress.

6.   This matter is also subject to removal because there are claims of violation of civil rights of the Plaintiff pursuant to 28 U.S.C. §1441(b) and §1443.  See EEOC Notice of Right to Sue ("Exhibit E").    Plaintiff cross filed with the EEOC and obtained a right to sue letter from the EEOC which must be filed within 90 days of September 15, 2008.

7.   This Notice of Removal is filed with this Court within thirty (30) days of the date of personal service, November 4, 2008, (Exhibit "F") wherein notice of this action, "through service or otherwise, of a copy of an amending pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable," as provided by 28 U.S.C. §1446(b) was made on this defendant.

8.    A true copy of the Notice of Removal has been filed with the Clerk of the Iowa District Court for Clinton County as provided by law and has been served on all adverse parties.

WHEREFORE, Defendant, BE & K Construction Company LLC, requests that this action be removed to the United States District Court for the Southern of Iowa, Davenport Division.

BETTY, NEUMAN & McMAHON, P.L.C.

By:    /s/ Martha L. Shaff
      Martha L. Shaff
      #AT0007215
111 East Third Street, Suite 600
Davenport, IA 52801-1596
(563) 326-4491
(563) 326-4498 (FAX)
E-mail address:  mls@bettylawfirm.com

**ATTORNEYS FOR DEFENDANT BE & K Construction Company, LLC**

### PROOF OF SERVICE

The undersigned certifies that pursuant to L.R. 5.1(a) and L.R. 5.3(i)(1) the following are all members of the ECF system and therefore service is made electronically on the 1st day of December, 2008.

Dorothy A. O'Brien, Esq.
Attorney at Law
2322 East Kimberly Road, Suite 100E
Davenport, IA 52807

      /s/ Martha L. Shaff

[3]